UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARISOL SANCHEZ,<br>*Plaintiff*<br><br>v.<br><br>DAVID PIAZZA, ATS, INC., and<br>ANDERSON TRUCKING SERVICE,<br>INC.,<br>*Defendants* | § § § § § § § § § § | Case No. 1:25-cv-00377-ADA-SH |

### ORDER

The parties have reached an agreement to settle all claims in this matter, and request 45 days to submit an agreed stipulation of dismissal to the Court. Dkt. 11 at 1. Accordingly, the Court **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by **September 29, 2025**. The Court **FURTHER ORDERS** that all deadlines and setting are vacated in this matter.

**SIGNED** on August 27, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1